ZBOROWSKI v. CITY OF NEW YORK.

(*Supreme Court, General Term, First Department.*   June 19, 1888.)

Appeal from special term, New York county.
Following *Diefenthaler* v. *City of New York, ante,* 912.
Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.
*David D. Acker,* for plaintiff.   *G. L. Sterling,* for defendant.

PER CURIAM.   The question involved upon this appeal seems to be the same as that which was disposed of in the case of *Diefenthaler* v. *City of New York, ante,* 912, (decided by this court in March, 1888.)   The judgments and orders appealed from must be affirmed, with costs.